Date printed: February 15, 2023 1:53 PM

**Order entered February 15, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

| No. 05-21-00621-CR | No. 05-21-00622-CR |
|---|---|
| No. 05-21-00623-CR | No. 05-21-00624-CR |
| No. 05-21-00627-CR | No. 05-21-00628-CR |
| No. 05-21-00629-CR | No. 05-21-00630-CR |
| No. 05-21-00634-CR | No. 05-21-00635-CR |
| No. 05-21-00636-CR | No. 05-21-00637-CR |

**BRANDIE OLIVAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-22537-K, F18-41244-K, F18-45948-K,**
**F19-14122-K, F19-14136-K, F20-22413-K, F20-22447-K, F20-41532-K,**
**F19-40342-K, F20-22421-K, F20-45665-K & F20-45679-K**

## ORDER

On October 19, 2021, the Dallas County District Clerk filed the clerk's record

in cause numbers 05-21-00622-CR (trial court cause number F18-41244-K) and 05-

21-00623-CR (trial court cause number F18-45948-K) in this appeal. On January

27, 2022, the Dallas County District Clerk filed the clerk's record in cause number

05-21-00627-CR (trial court cause number F19-14136-K). In each of the causes, the clerk's record does not contain appellant Brandie Olivarez's judicial confession.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the judicial confession in (1) cause number 05-21-00622-CR (trial court cause no. F18-41244-K); (2) cause number 05-21-00623-CR (trial court cause number F18-45948-K); and (3) cause number 05-21-00627-CR (trial court cause number F19-14136-K).

In the event the Dallas County District Clerk does not have in its possession a judicial confession in one or more of these causes, we **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a letter verifying that the clerk does not have possession of a judicial confession.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk; Valencia Bush; and Marcella Paige Williams, assistant district attorney.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Brandie Olivarez, BIN #21001873, Kays Tower, KT 04-C, P.O. Box 660334, Dallas, Texas 75266.

/s/    BONNIE GOLDSTEIN
PRESIDING JUSTICE

–2–